UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  　　　　　　　　　　CASE NO. 3:23-cr-181-BJD-JBT
　　　　　　　　　　　　18 U.S.C. § 924(a)(1)(A)

ROBERTO ROMAN RAMIREZ

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 10, 2023, in the Middle District of Florida, the defendant,

ROBERTO ROMAN RAMIREZ,

knowingly made a false statement and representation to employees of Academy Sports and Outdoors, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Sports and Outdoors, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant had not previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, when in truth and fact, the defendant had been convicted of such crime, specifically, conspiracy to possess with intent to

distribute 100 kilograms or more of marijuana, case number 3:05-cr-393-J-33MCR, in United States District Court, Middle District of Florida, on or about March 27, 2007.

In violation of 18 U.S.C. § 924(a)(1)(A).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 924(a)(1)(A), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

████████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney

By: _____
For ILIANYS RIVERA MIRANDA
Assistant United States Attorney
Chief, Criminal Division North

FORM OBD-34
12/18/23 Revised

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ROBERTO ROMAN RAMIREZ

## INDICTMENT

Violations: 18 U.S.C. § 924(a)(1)(A)

A true bill,

███████████████

Foreperson

Filed in open court this 20 day of December, 2023.

_Maria S. Penalti_
Clerk

Bail $_____

GPO 863 525